RAJ K. PATEL
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651
Email: rajp2010@gmail.com
Pro Se Plaintiff

# UNITED STATES COURT OF APPEALS

# NINTH CIRCUIT

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, | )<br>)<br>) |
| Plaintiff-Appellant, | ) Case No.: 23-16178<br>) |
| vs. | ) **AMENDED EMERGENCY MOTION**<br>) **TO EXPEDITE** |
| THE UNITED STATES, | )<br>) |
| Defendant-Appellee. | )<br>) |

I, T.E., T.E. Mr. Raj K. Patel (Rama CCCX), under FRAP 2, I move to expedite the decision of the opening brief because the lower court has clearly abused its discretion for standard sealing based on compelling reason and good cause.

Patel has filed IFP, cannot donate plasma due to being on Accutane which he perceives and argues to be a cause of bio-terrorism, and this same bio-terrorism is pleaded to be resolved under

- 1 -
**COMPLAINT**

parasitic damages and demand for relief. Plus, Patel's phone has been cancelled and needs a quick and favorable resolution to this complaint.

I also move to expedite a favorable resolution to order a ministerial duty to the Defendant to resolve my matter. Whether a dismissal with prejudice under delusion is sarcasm towards the enforcer and the executive's ordinary duties, this court should issue a clear opinion or re-interpret otherwise favorable opinions from the federal district courts. This court should only need to do this because of its Oath and highest priority of protecting Ordered Liberty. 28 U.S.C. § 453. And, under the Fourteenth Amendment, this court may enforce Ordered Liberty through commissions and other state utilities, see e.g. 28 U.S.C. § 1491(a), to assert the hegemony of the United States Constitution. Patel v. His Majesty King Charles III, et al., No. 2:23-cv-07760-TJH-PD (C.D. Cal. 202_), Dkt. 1 and Patel v. United States, et al., No. 2:23-cv-07763-DSF-SK (C.D. Cal. 202_), Dkt. 1.

Good cause also exists for this court to expedite the decision because racial aggression is at the forefront of this matter. Int'l Convention on the Elimination of All Forms of Racial Discrimination, Pt. 1, Art. 1.1 (effective in the USA as treaty in 1992). Convention on the Rts. of Persons w/ Disabilities, Arts. 1, 7, 10 & 14 (effective in the USA in 2009 as enforcement agreement). Patel makes a complaint seeking a good faith recovery and the environment is essential to Justice because the unconstitutional aggressors or aggressors in capacity as unconstitutional are getting used to having one-term white colored (under the color wheel) presidents. Convention on the Rts. of the Child, Art. 2 (effective in the USA in as enforcement agreement in 1995). Convention on the Elimination of All Forms of Discrimination against Women, Arts. 2, 5, 7, 10, 13, & 15 (enforcement agreement in USA in 1980) (Due Process Cl.-Equality, U.S. const. amend. XIV, § 2). Convention on the Rts. of Persons w/ Disabilities, Arts. 1, 7, 10 & 14 (effective in the USA in 2009 as enforcement agreement). Int'l Covenant on Civ. & Pol. Rts. (effective in the USA as treaty in 1992). Int'l Convention on the Elimination of All Forms of Racial Discrimination, Pt. 1, Art. 1.1 (effective in the USA as treaty in 1992). Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, Pt. I, Art. 2.3 (effective in the USA as treaty in

1994). This is minority anxiety that Patel also suffers from because of the diagnosed persons in the greater environment. Convention on the Rts. of Persons w/ Disabilities, Arts. 1, 7, 10 & 14 (effective in the USA in 2009 as enforcement agreement).

Good cause also exists because President Biden or another elected or appointed official has committed a high crime of lack of enforcement of law in accord with Ordered Liberty, which is a sufficient cause for impeachment. See also U.S. const. art. IV, § 2 and amend. XIII & XIV.

Nevertheless, good cause only demands that this matter be expedited for the entwinement of the complaint and future public judicial opinion with other state matters.

Good cause also exists because it seems like religious application of Islam, see e.g. Aali 'Imran, Az-Zukhruf, Al-Jaathiyah, Qaaf, Adh-Dhaariyaat, Al-Bayyinah, and An-Naas, has been applied that is burdening Patel's free exercise of religion without a compelling reason in accord with Ordered Liberty and "harmony," the simultaneous jurisdictions of this Contract-in-law. U.S. const. art. VI, § 1 (referring to the Treaty of Paris (1783)). State utilities, resources, and machines must be used to immediately expedite the complaint; good cause also exists for the court to begin giving partial remedies leading up to the final judicial opinion. U.S. const. art. VI, § 1 (referring to the Treaty of Paris – Proclamation of Cong. Jan. 14, 1784) (https://avalon.law.yale.edu/18th_century/parispr2.asp). The United States is also a semi-functioning and fragile state according to many authorities, and this court's leadership is needed. https://www.idos-research.de/statefragility/explainer.html and https://fragilestatesindex.org/.

Lower cases are also relying on the resolution of this matter. Patel v. His Majesty King Charles III, et al., No. 2:23-cv-07760-TJH-PD (C.D. Cal. 202_), Dkt. 1 and Patel v. United States, et al., No. 2:23-cv-07763-DSF-SK (C.D. Cal. 202_), Dkt. 1.

Therefore, good cause exists for this federal district court to apply discretion and expedite the decision-at-bar and allow the serene, contractual environment to return.

Respectfully submitted,

DATED: October 2, 2023

          */s/ Raj K. Patel*
          RAJ K. PATEL

Raj K. Patel
Rama CCCX
T.E., T.E. Mr. Raj K. Patel, AA, BA*, JD Candidate** (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

T.E. Mr. President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)

T.E. Mr. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)

Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017

Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009

Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010

Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. 2014

**J.D. Candidate, Notre Dame L. Sch. (2015-17)

Volunteer, Barack Obama for America (2008)

Intern, Jill Long Thompson for Governor (2008)

*Political Science & Religion (cum laude), Emory University Class of 2014

- 4 -
**COMPLAINT**

## CERTIFICATE OF SERVICE

I certify that I served a copy of all of the following on 10/2/2023 to below individuals via the Clerk of Court and e-mail:

**The United States**
AG Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

**The United States**
**Clare E. Conners**
United States Attorney's Office
300 Ala Moana Blvd., #6-100
Honolulu, HI 96850
USAHI.PublicAffairs@usdoj.gov

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Mr. Raj K. Patel (Pro Se) (Rama CCCX)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

**COMPLAINT**